F. W. CARLIN CONSTRUCTION COMPANY, Respondent, *v.* NEW YORK AND BROOKLYN BREWING COMPANY, Appellant.

*Carlin Construction Co.* v. *N. Y. & Brooklyn Brewing Co.*, 139 App. Div. 935, affirmed.
(Submitted December 14, 1911; decided January 9, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 3, 1910, affirming a judgment in favor

of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action on contract.

*Henry A. Rubino* for appellant.

*George H. D. Foster* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.